383 A.2d 533

**In re ESTATE of Doris C. STEVENSON, Deceased.**

**Appeal of George P. STEVENSON, Jr., guardian ad litem for his minor children.**

Supreme Court of Pennsylvania.

Argued Sept. 27, 1977.

Decided March 23, 1978.

James C. Larrimer, Pittsburgh, for appellant.

Lawrence S. May, Jr., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION OF THE COURT

PER CURIAM:

Degree affirmed. Each party to pay own costs.

PACKEL, J., took no part in the decision of this case.